1  Duane H. Sceper (CSB # 104004)
   Attorney at Law
2  1010 Second Avenue, Suite 1350
   San Diego, California 92101-4967
3  Telephone: (619) 232-8917

4  Attorney for Plaintiff Edward M. Stefan

FILED

06 OCT 12 AM 10: 01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. STEFAN,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD CLARE III and CHRIS NASSER, each individually and dba UP IN SMOKE, PRIEBE FAMILY TRUST PMB 104 and DOES 1 THROUGH 10<br><br>Defendants. | CASE NO.: '06 CV 1797 H JMA<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff EDWARD M. STEFAN, on the one hand, and Defendants EDWARD CLARE III and CHRIS NASSER, each individually and dba UP IN SMOKE, on the other hand, through their respective attorneys of record that, pursuant Federal Rule of Civil Procedure 41(a), this Court enter a dismissal with prejudice of ALL DEFENDANTS from Plaintiff's Complaint, Case Number **'06 CV 1797 H JMA.**

For valuable consideration received, the Plaintiff herein fully and forever releases and discharges ALL DEFENDANTS from any and all actions, causes of action, claims, demands, attorney fees, costs,

expenses, and compensation by reason of any damages, general or special, or injury or injuries sustained by him on account of, or in any way arising from, the incident alleged in the Complaint in this action.

**IT IS SO STIPULATED:**

Dated: Oct 6, 2006        By: _____
                              DUANE H. SCEPER, ESQ.,
                              Attorney for Plaintiff
                              EDWARD M. STEFAN

Dated: Sept 29, 2006      By: _____
                              ARTHUR F. SLOAN, ESQ.,
                              Attorney for Defendants
                              EDWARD CLARE III and CHRIS NASSER,
                              each individually and dba UP IN SMOKE

## ORDER ON STIPULATION FOR DISMISSAL

Pursuant to the settlement reached between the parties in the above captioned action, and the parties having so stipulated, this matter is hereby ordered **DISMISSED WITH PREJUDICE** against all defendants.

Dated: 10/11/06           _____
                          JUDGE OF THE U.S. DISTRICT COURT